**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>           Plaintiff, )<br> )<br>vs. )<br> )<br> )<br> )<br>ANNDRIKA TISI, )<br>           Defendant. )<br>_____ ) | 07-04169MP-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised probation as alleged in the petition to revoke.

IT IS ORDERED that the defendant is detained as flight risk, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show she is not a flight risk.

DATED this 4th day of January, 2008.

_____
Mark E. Aspey
United States Magistrate Judge