**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          )<br>                    Plaintiff,          )<br>                                    )<br>vs.                                 )<br>                                    )<br>ANNDRIKA TISI,                      )<br>                    Defendant.        )<br>_____) | 07-04169MP-001-PCT-MEA<br><br>**ORDER** |

      The defendant appeared in court and admitted to violating her conditions of probation as set forth in Allegations A and B of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of her probation.

      IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions.

      IT IS FURTHER ORDERED that the defendant's supervised probation is extended for three (3) years to terminate on January 7, 2011. The probationary term shall run concurrently with case 08-04006MP-001-PCT-MEA.

      IT IS FURTHER ORDERED that Allegation C is DISMISSED upon oral motion of the United States.

      DATED this 7th day of January, 2008.

_____
Mark E. Aspey
United States Magistrate Judge